## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLA JEAN WEIMER | ) | |
| | ) | Civil Action No. 24-00787 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | District Judge Arthur J. Schwab |
| | ) | Magistrate Judge Kezia O.L. Taylor |
| FAYETTE COUNTY COURTHOUSE | ) | |
| and DISTRICT ATTORNEY OF | ) | |
| FAYETTE COUJNTY, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## **ORDER OF COURT**

This matter was referred to United States Magistrate Judge Kezia O.L. Taylor for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.

The Magistrate Judge filed a thorough, well-reasoned Report and Recommendation on September 19, 2024, recommending that Petitioner Carla Jean Weimer's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 be dismissed for Petitioner's failure to prosecute. (Doc. 7).

Petitioner was notified that pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule 72.D.2, she had fourteen days to file written objections to the Report and Recommendation. Thus, as an unregistered CM/ECF user, Petitioner had until October 7, 2024, to file her objections to the Report and Recommendation. (*Id.*). To date, Petitioner has not filed any objections.

After *de novo* review of the record in this matter, and the thorough, well-reasoned Report and Recommendation, the following Order is entered:

AND NOW, this 22nd day of October, 2024, it is ORDERED that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner Carla Jean Weimer (Doc. 4) is DISMISSED.

It is further ORDERED that Magistrate Judge Taylor's September 19, 2024 Report and Recommendation (Doc. 7) is adopted as the Opinion of the Court.

It is further ORDERED that the Clerk of Court is to mark this matter closed.

BY THE COURT:

s/Arthur J. Schwab
ARTHUR J. SCHWAB
UNITED STATES DISTRICT JUDGE

cc:   All ECF Registered Counsel of Record

Carla Jean Weimer
35 Millview St.
Uniontown, PA 15401